## RIDGELEY v. WARDEN OF MARYLAND HOUSE OF CORRECTION

[H. C. No. 17, October Term, 1952.]

*Decided November 11, 1952.*

Before MARKELL, C. J., and DELAPLAINE, COLLINS, and HENDERSON, JJ.

MARKELL, C. J., delivered the opinion of the Court.

This is an application for leave to appeal from denial of a writ of *habeas corpus*. Petitioner is imprisoned under sentence for two years upon conviction by a trial magistrate of contributing to the delinquency of two children. He alleges that he was (*1*) denied the "opportunity" to secure counsel and refused "court-appointed" counsel and (*2*) refused the opportunity, and not given time, to secure witnesses. No circumstances are stated indicating a need for counsel, especially before a magistrate, or in what sense he was "refused" opportunity to secure witnesses.

Appointment of counsel by a magistrate is unheard of in Maryland, but as Judge Marbury stated in denying the writ, on appeal petitioner would have been entitled to a trial *de novo*; counsel could then have been appointed, if necessary. Petitioner's second complaint could also have been reviewed on appeal, but not on *habeas corpus*.

*Application denied, with costs.*